**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NIMROD SHALOM,<br><br>Defendant. | Case No.  2:21-mj-03445<br><br>**ORDER OF DETENTION** |

On July 23, 2021, Defendant Nimrod Shalom made his initial appearance in this district on the Indictment filed in the District of Colombia. Deputy Federal Public Defender Elena Sadowsky was appointed to represent Defendant.  At Defendant's request, the detention hearing was continued to July 29, 2021.  On July 29, 2021, a detention hearing was held and Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

    ☒ the appearance of the Defendant as required.

    ☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

    ☒ Defendant is an Israeli Citizen by birth, possess dual citizenship of Israel and the United States, and has been residing in Israel since 2016.

    ☒ Defendant has extensive foreign travel to Israel, Mexico, and numerous other countries in Europe.

As to danger to the community:

☒ Defendant sustained a 2014 felony conviction for possession of obscene material of a minor.

☒ Seriousness of the allegations, distribution and importation of child pornography.

☒ Defendant committed the alleged offenses while required to register as a sex offender.

It is therefore ORDERED that Defendant Nimrod Shalom be detained until trial and be transported to the United States District Court for the District of Colombia for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: July 29, 2021

*Patricia Donahue*

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE